1  Phillip A. Cooke SBN 37115
   Law Offices of Phillip A. Cooke
2  1215 Plumas Street, Suite 1800
   Yuba City, CA 95991
3  cag@syix.com
   Tel: 530.671.1100
   Fax: 530.671.1461
4
   Attorneys for Plaintiffs
5  CAROLE GRESHAM, *et al.*

6  **RIMAC MARTIN**, P.C.
   ANNA M. MARTIN SBN 154279
   1051 Divisadero Street
7  San Francisco, CA 94115
   Telephone: (415) 561-8440
8  Facsimile: (415) 561-8430

9  Attorneys for Defendants
   LIFE INSURANCE COMPANY OF NORTH AMERICA
10 and CIGNA CORPORATION

11                    **UNITED STATES DISTRICT COURT**

12                     **EASTERN DISTRICT OF CALIFORNIA**

13 | CAROLE GRESHAM, et al., | ) | CASE NO.  2:14-cv-01241 MCE EFB |
   |---|---|---|
14 | Plaintiffs, | ) | **STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT BY 14 DAYS** |
15 | v. | ) | |
16 | LIFE INSURANCE COMPANY OF NORTH AMERICA, INDIVIDUALLY AND AS ADMINISTERED BY CIGNA GROUP INSURANCE, CIGNA CORPORATION, and DOES 1 to 30, | ) | |
19 | Defendants. | ) | |

21    IT IS HEREBY STIPULATED by and between the parties hereto through their respective

22 attorneys that Defendants LIFE INSURANCE COMPANY OF AMERICA and CIGNA

23 ─────────────────────────────────────────────
                    STIPULATION AND ORDER EXTENDING TIME
24

CORPORATION may have an additional fourteen (14) days within which to answer or otherwise respond to Plaintiffs' complaint. Therefore, the last day for Defendants to answer or otherwise respond to Plaintiffs' complaint will be July 10, 2014.

GOOD CAUSE exists for this brief extension as the parties are actively engaged in discussions that may narrow the issues presented to the Court or result in a settlement of the matter. Moreover, as the parties' Joint Status Report is not due to be filed until July 21, 2014, the brief extension will not affect any of the pending dates set by the Court.

**SO STIPULATED.**

**RIMAC MARTIN, P.C.**

DATED: June 19, 2014

By: */s/ Anna M. Martin*
ANNA M. MARTIN
Attorneys for Defendants
LIFE INSURANCE COMPANY OF NORTH AMERICA and CIGNA CORPORATION

**LAW OFFICES OF PHILLIP A COOKE**

DATED: June 19, 2014

By: */s/ Phillip A Cooke*
Phillip A. Cooke
Attorneys for Plaintiffs
CAROLE GRESHAM, et al.

**IT IS SO ORDERED.**

Dated: June 24, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT