Phillip A. Cooke SBN 37115
Law Offices of Phillip A. Cooke
1215 Plumas Street, Suite 1800
Yuba City, CA 95991
cag@syix.com
Tel: 530.671.1100
Fax: 530.671.1461

Attorneys for Plaintiffs
CAROLE GRESHAM, *et al.*

**RIMAC MARTIN**, P.C.
ANNA M. MARTIN SBN 154279
1051 Divisadero Street
San Francisco, CA 94115
Telephone: (415) 561-8440
Facsimile: (415) 561-8430

Attorneys for Defendants
LIFE INSURANCE COMPANY OF NORTH AMERICA
and CIGNA CORPORATION

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CAROLE GRESHAM, TAMARA GRESHAM, HANNAH GRESHAM BY AND THROUGH HER CONSERVATOR, CAROLE GRESHAM, AND CANAAN GRESHAM, BY AND THROUGH HIS GUARDIAN AD LITEM, CAROLE GRESHAM,<br><br>       Plaintiffs,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA, INDIVIDUALLY AND AS ADMINISTERED BY CIGNA GROUP INSURANCE, CIGNA CORP., and DOES 1 to 30,<br><br>       Defendants. | CASE NO.  2:14-cv-01241 MCE EFB<br><br>**STIPULATION AND ORDER TO STAY ACTION PENDING APPEAL OF CLAIM FOR BENEFITS UNDER ERISA** |

     Whereas this action is governed by the Employee Retirement Income Security Act of 1974 ("ERISA");

---

CERTIFICATE OF SERVICE

Whereas Plaintiffs have submitted an appeal of LINA's initial decision;

Whereas LINA is considering Plaintiffs' appeal and will issue a decision after appeal;

Whereas the decision on Plaintiffs' appeal could make this action unnecessary and/or will require Plaintiffs to amend their complaint;

Based upon the foregoing, the parties hereto through their respective attorneys respectfully request:

1. That this action be stayed for a period of 90 days to allow LINA to perform a review on appeal of plaintiffs' claim for AD&D benefits and issue a decision on the appeal. GOOD CASUE exists for this stay as the outcome of the appeal my render this lawsuit unnecessary and/or narrow the issues to be resolved by the Court.

**SO STIPULATED.**

**RIMAC MARTIN, P.C.**

DATED:  July 10, 2014                By:  */s/ Anna M. Martin*
ANNA M. MARTIN
Attorneys for Defendants
LIFE INSURANCE COMPANY OF NORTH AMERICA and CIGNA CORPORATION

**LAW OFFICES OF PHILLIP A COOKE**

DATED:  July 10, 2014                By:  */s/ Phillip A Cooke*
Phillip A. Cooke
Attorneys for Plaintiffs
CAROLE GRESHAM, et al.

///
///
///
///
///
///
///
///
///

2

**ORDER**

Pursuant to the parties' stipulation, ECF No. 6, this action is STAYED for a period of 90 (ninety) days from the date this order is electronically filed, after which the stay will be automatically lifted.

The parties' are ORDERED to file a joint status report 90 (ninety) days from the date this order is electronically filed.  Failure to do so may be grounds for sanctions and may result in the dismissal of this action with prejudice without further notice.

**IT IS SO ORDERED.**

DATED:  JULY 23, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

3