Phillip A. Cooke SBN 37115
Law Offices of Phillip A. Cooke
1215 Plumas Street, Suite 1800
Yuba City, CA 95991
cag@syix.com
Tel: 530.671.1100
Fax: 530.671.1461

Attorneys for Plaintiffs
CAROLE GRESHAM, TAMARA GRESHAM, HANNAH GRESHAM
BY AND THROUGH HER CONSERVATOR, CAROLE GRESHAM,
AND CANAAN GRESHAM, BY AND THROUGH HIS GUARDIAN
AD LITEM, CAROLE GRESHAM

**RIMAC MARTIN**, P.C.
ANNA M. MARTIN SBN 154279
1051 Divisadero Street
San Francisco, CA 94115
Telephone: (415) 561-8440
Facsimile: (415) 561-8430

Attorneys for Defendants
LIFE INSURANCE COMPANY OF NORTH AMERICA

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLE GRESHAM, et al., | CASE NO.  2:14-cv-01241 MCE EFB |
| Plaintiffs, | **AMENDED STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE; ORDER** |
| v. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, INDIVIDUALLY AND AS ADMINISTERED BY CIGNA GROUP INSURANCE, et al., | |
| Defendants. | |

///

1

1    **IT IS HEREBY STIPULATED** by and between the Plaintiffs CAROLE GRESHAM,

2    TAMARA GRESHAM, HANNAH GRESHAM BY AND THROUGH HER CONSERVATOR,

3    CAROLE GRESHAM, AND CANAAN GRESHAM, BY AND THROUGH HIS GUARDIAN AD

4    LITEM, CAROLE GRESHAM and Defendants LIFE INSURANCE COMPANY OF NORTH

5    AMERICA, by and through their counsel of record herein, that the captioned action may be, and

6    hereby is, dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil

7    Procedure.

8    The parties shall bear their own respective attorney fees and costs of suit.

9    **SO STIPULATED.**

10                                          **RIMAC MARTIN, P.C.**

11   DATED:  January 27, 2015              By:  */s/ Anna M. Martin*
                                          ANNA M. MARTIN
12                                         Attorneys for Defendants
                                          LIFE INSURANCE COMPANY OF NORTH
13                                         AMERICA and CIGNA CORPORATION

14

15                                         **LAW OFFICES OF PHILLIP A COOKE**

16   DATED:  January 27, 2015              By:  */s/ Phillip A Cooke*
                                          Phillip A. Cooke
17                                         Attorneys for Plaintiffs
                                          CAROLE GRESHAM, et al.
18

19

20          IT IS SO ORDERED.

21

22   Dated:  January 29, 2015

23

24   _____
     MORRISON C. ENGLAND, JR., CHIEF JUDGE
25   UNITED STATES DISTRICT COURT

26

27                                    2

28   AMENDED STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE; ORDER
     Case No. 2:14-cv-01241 MCE EFB